**JUDGE KARAS**

07 CV 5605

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x

CAR-FRESHNER CORPORATION and JULIUS SÄMANN LTD.

               Plaintiffs,

-against-

KOLE IMPORTS, INC.,

               Defendant.

Civil Action No.

PLAINTIFFS' CORPORATE DISCLOSURES PURSUANT TO RULE 7.1 FED. R. CIV. P.

KMK

ECF CASE

--------------------------------------------------------------- x

I, the undersigned counsel of record for CAR-FRESHNER CORPORATION and JULIUS SAMAAN LTD., certify that, to the best of my knowledge and belief, there is no parent and publicly held corporation that owns 10% or more of the stock of either CAR-FRESHNER CORPORATION or JULIUS SAMANN LTD.

These representations are made in order that judges of this Court may determine the need for recusal.

               Respectfully submitted
               COWAN, LIEBOWITZ & LATMAN, P.C.

Dated: New York, New York
       June 12, 2007

By: _____
    Jonathan Z. King (JK-1915)
    Mary L. Kevlin (MK-0951)
    1133 Avenue of the Americas
    New York, NY 10036-6799
    (212) 790-9200

Attorneys for Plaintiffs Car-Freshner Corporation and Julius Samaan

27271/000/794031.1