UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07

------------------------------------------------------------

CAR-FRESHNER CORPORATION and JULIUS SÄMANN LTD.

           Plaintiffs,

   -against-

KOLE IMPORTS, INC.,

           Defendant.

------------------------------------------------------------ x

Case No. 07-CV-05605 (RJS)

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)

Pursuant to Fed. R. Civ. P. 41(a), plaintiffs Car-Freshner Corporation and Julius Sämann Ltd. hereby voluntarily dismiss this action without prejudice, with each party to bear its own costs and attorney's fees.

Dated: New York, New York
       November 26, 2007

                             COWAN, LIEBOWITZ & LATMAN, P.C.
                             Attorneys For Plaintiffs

                             By: _____
                                Jonathan Z. King (JK-1915)
                                Mary L. Kevlin (MK-0951)
                             1133 Avenue of the Americas
                             New York, NY 10036-6799
                             (212) 790-9200

27116/000/811658.1

SO ORDERED:

_____
U.S.D.J.
11/28/07

This order supercedes this Court's prior order of November 20, 2007.